UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

FRANGIE ESPINAL, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

        Plaintiffs,

        v.

HAWAII PACIFIC UNIVERSITY,

        Defendant.

------------------------------------- x

No.: 1:23-cv-9182

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), FRANGIE ESPINAL, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, HAWAII PACIFIC UNIVERSITY, with prejudice and without fees and costs.

Dated: New York, New York
       February 6, 2024

                                                    **GOTTLIEB & ASSOCIATES PLLC**

                                                    _/s/Michael A. LaBollita, Esq._

                                   Michael A. LaBollita, Esq., (ML-9985)
                                        150 East 18th Street, Suite PHR
                                                  New York, NY 10003
                                                     Phone: (212) 228-9795
                                                         Fax: (212) 982-6284
                                                   Michael@Gottlieb.legal

                                                    _Attorneys for Plaintiffs_

SO ORDERED:

_____
United States District Court Judge